UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM NASH,
    Plaintiff

v.                                            C.A. No. 09-79 S

CVS CAREMARK CORP.,
ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 1, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Transfer Venie is DENIED pursuant to 28 U.S.C. § 1404(e)(2)(B).

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 7/29/09