# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

```
CLINT HERSHEY,
Plaintiff

     vs.                                    C.A. No. 09-79 S

CVS CAREMARK CORPORATION,
HOLIDAY CVS, L.L.C.,
Defendants
```

### JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

```
Pursuant to the Plaintiff s Acceptance of Defendants  Rule
68 Offer of Judgment filed with the Court on October 22nd,
2009, judgment hereby enters for the plaintiff Clint Hershey
and against CVS Caremark Corporation and Holiday CVS, L.L.C.
```

                                                              Enter:

                                                              /s/ Ryan H. Jackson

                                                              Deputy Clerk

Dated: December 22nd, 2009