UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM NASH, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: |
| v. | ) ) | CA 09 079 |
| CVS CAREMARK CORPORATION and HOLIDAY CVS, L.L.C., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING COLLECTIVE ACTION NOTICE

The parties submitted an agreed-upon proposed notice to the collective members and consent-to-join form as an attachment to their Joint Motion Regarding Proposed Notice to Collective Members. The parties' Joint Notice also recited agreed-upon procedures for sending notice and for receiving and filing executed consent-to-join forms. After consideration of the same, the Court hereby APPROVES the parties' proposed procedures, notice and consent-to-join form as set forth in the parties' Joint Motion Regarding Proposed Notice to Collective Members.

SO ORDERED, THIS 25th DAY OF October, 2010.

_____
William E. Smith
United States District Judge

Order prepared and agreed to by:

| | |
|---|---|
| /s/ Peter N. Wasylyk | /s/ Nancy E. Rafuse |
| Peter N. Wasylyk | Nancy E. Rafuse |
| (R.I. Bar No. 3351) | (admitted *Pro Hac Vice*) |
| LAW OFFICES OF PETER N. WASYLYK | James J. Swartz, Jr. |
| 1307 Chalkstone Avenue | (admitted *Pro Hac Vice*) |
| Providence, Rhode Island 02908 | ASHE, RAFUSE & HILL LLP |

Telephone: (401) 831-7730
Facsimile: (401) 861-6064
Email: PNWLAW@aol.com

Fran L. Rudich
(Admitted *pro hac vice*)
Seth R. Lesser
(Admitted *pro hac vice*)
KLAFTER, OLSEN & LESSER, LLP
Two International Dr.
Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Fax: (914) 934-9220
Email: frudich@klafterolsen.com
Email: slesser@klafterolsen.com

Counsel for Plaintiff

1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060
nancyrafuse@asherafuse.com
jimswartz@asherafuse.com

  /s/ Todd M. Reed
Todd M. Reed
(R.I. Bar No. 6602)
EDWARDS, ANGELL, PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Email: treed@eapdlaw.com

Counsel for Defendants