## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WILLIAM NASH, Individually and on Behalf of All Other Persons Similarly Situated,** | |
| **Plaintiff,** | |
| **v.** | **C.A. No. 09-079-M** |
| **CVS CAREMARK CORPORATION and HOLIDAY CVS, L.L.C.,** | |
| **Defendants.** | |
| **JEANETTE BELANGER, Individually and on Behalf of All Other Persons Similarly Situated,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:09-cv-00522** |
| **CVS CAREMARK CORPORATION and BETHEL CVS, INC.,** | |
| **Defendants.** | |
| **FRANK MEADOWS, Individually and on Behalf of Himself and All Other Persons Similarly Situated,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:10-cv-00473** |
| **CVS CAREMARK CORPORATION,** | |
| **Defendant.** | |

**RICHARD McFARLAND,**
**Individually and on Behalf of All Other**
**Persons Similarly Situated,**

**Plaintiff,**

**v.**

**CVS CAREMARK CORPORATION,**

**Defendant.**

No. 1:10-cv-00474

---

**SANDRA JOHNSON, Individually and**
**on Behalf of All Other Persons**
**Similarly Situated,**

**Plaintiff,**

**v.**

**CVS CAREMARK CORPORATION,**

**Defendant.**

No. 1:10-cv-00475

---

**KRISTY HENDERSON,**
**Individually and on Behalf of**
**Persons Similarly Situated,**

**Plaintiff,**

**v.**

**HOLIDAY CVS, L.L.C,**
**a Florida limited liability company,**
**CVS CAREMARK, CORPORATION,**
**a Delaware corporation,**
**d/b/a CVS/PHARMACY,**
**CVS PHARMACY, INC.,**
**a Rhode Island corporation,**
**d/b/a CVS/PHARMACY, and**
**XYZ ENTITIES 1-1000,**
**fictitious names of unknown liable**
**entities,**

**Defendants.**

No. 1:11-cv-00541

| | |
|---|---|
| **REINALDO CRUZ, BENJAMIN TETTEYFIO, ANTHONY MANNARINO, CHRISTOPHER TURKO, DONNA PETERS, DENISE RAMSEY, RAFIK MISSAK, and JEFF ANDERSEN, Individually and on Behalf of all Others Similarly Situated,** <br><br> Plaintiffs, <br><br> v. <br><br> **HOOK-SUPERX, L.L.C., CVS CAREMARK CORPORATION; CVS PHARMACY, INC.; CVS ALBANY, L.L.C.; NEW JERSEY CVS PHARMACY, L.L.C.; MASSACHUSETTS CVS PHARMACY, L.L.C. and WOODWARD DETROIT CVS, L.L.C.,** <br><br> Defendants. | No. 1:11-cv-00587 |
| **ELIZABETH DUCASSE, Individually and on Behalf of All Other Persons Similarly Situated,** <br><br> Plaintiff, <br><br> v. <br><br> **CVS CAREMARK CORPORATION and CVS ALBANY, L.L.C.,** <br><br> Defendants. | No. 1:11-cv-00540 |
| **SHAWN GRIFFITH, Individually and on Behalf of All Other Persons Similarly Situated,** <br><br> Plaintiff, <br><br> v. <br><br> **CVS CAREMARK CORPORATION, and MASSACHUSETTS CVS PHARMACY, L.L.C.,** <br><br> Defendants. | No. 1:11-cv-00537 |

| | |
|---|---|
| **GARY S. OLSEN, Individually and on Behalf of All Other Persons Similarly Situated, as Class/Collective Representative,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**CVS CAREMARK CORPORATION,**<br><br>       **Defendant.** | **No. 1:11-cv-00553** |
| **JAMES RENFRO, Individually and on behalf of all other persons similarly situated,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**CVS CAREMARK CORPORATION and OHIO CVS PHARMACY, LLC,**<br><br>       **Defendants.** | **No. 1:11-cv-00565** |

## JUDGMENT

In accordance with the Order Granting Final Approval of Class and Collective Action Settlement and Judgment filed April 9, 2012, judgment is hereby entered.

_____
Hon. John J. McConnell, Jr.
United States District Judge

Date:   April 9, 2012